UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

TELFORD DESOUZA,                                    **ORDER**
                                                    12–CV–0821
          Plaintiff,

          v.

DET. DANIEL FISCHER and DET. RONALD
H. STOEVER,

          Defendants.

------------------------------------------------------------------------X

**AZRACK, United States District Judge:**

    Before the Court is a Report and Recommendation ("R & R") from Magistrate Judge Brown recommending that the Court dismiss this action with prejudice under Federal Rule of Civil Procedure 41(b). Plaintiff has not objected to the R & R. Having conducted a review of the full record and the applicable law, and having reviewed the R & R for clear error, the Court adopts Judge Brown's R&R in its entirety.

    The Clerk of Court is directed to close this case and mail a copy of this Order to plaintiff.

**SO ORDERED.**

Dated: July 8, 2015
Central Islip, New York

                                    /s/    JMA
                            JOAN M. AZRACK
                            UNITED STATES DISTRICT JUDGE